UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| North Oaks Medical Center, LLC, <br> Plaintiff | CIVIL ACTION |
| vs. | No. 2:18-cv-09088-SM-JVM |
| Alex M. Azar II <br> Secretary of the United States Department of <br> Health and Human Services, <br> Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

NOW INTO COURT, through its undersigned counsel, comes North Oaks Medical Center, LLC ("North Oaks") and moves pursuant to F.R.Civ.P 15(d) for leave to file a Supplemental Complaint as set forth in Exhibit 1, and in support thereof avers the following:

1. On October 1, 2018, North Oaks filed a Complaint in this action seeking judicial review of actions by the Defendant Secretary of the United States Department of Health and Human Services (the "Secretary") related to the Secretary's determination of Medicare disproportionate share hospital ("DSH") payment amounts due to North Oaks for federal fiscal years 2015 and 2016, as well as judicial review of a decision by the Provider Reimbursement Review Board ("PRRB") that it did not have jurisdiction over the administrative appeal by North Oaks of the Secretary's actions related to North Oaks's DSH payments for FFY 2016. At the time the Complaint was filed, the 2015 Appeal was still pending before the PRRB.

2. On February 28, 2019, the PRRB ruled that it did not have jurisdiction over the 2015 Appeal. A copy of the February 28, 2019 ruling of the PRRB is attached as Exhibit 2.

1

3. Given that the February 28, 2019 ruling of the PRRB happened after the date of the Complaint, and that it directly relates to the subject matter of the Complaint, good cause exists to permit North Oaks to supplement its Complaint to reference said ruling and seek relief with respect thereto.

4. Counsel for North Oaks hereby certifies that the Defendant has consented to the filing and granting of this motion, in accordance with Local Rule 7.6.

WHEREFORE North Oaks respectfully requests permission to file the Supplemental Complaint.

Dated:  March 14, 2019

/s/ *Daniel M. Mulholland III*
Daniel M. Mulholland III
dmulholland@hortyspringer.com
Joshua A. Hodges
jhodges@hortyspringer.com
Horty, Springer & Mattern, PC
4614 5th Avenue
Pittsburgh, PA  15213
412-687-7677

Harry J. "Skip" Philips
skip.philips@taylorporter.com
Taylor, Porter, Brooks & Phillips LLP
8th Floor
450 Laurel Street (70801)
Post Office Box 2471
Baton Rouge, LA  70821
225-387-3221

Attorneys for Plaintiff
North Oaks Medical Center, LLC