UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

North Oaks Medical Center, LLC,          CIVIL ACTION
Plaintiff

vs.                                       No. 2:18-cv-09088-SM-JVM

Alex M. Azar II
Secretary of the United States Department of
Health and Human Services,
Defendant.

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Supplemental Complaint by North Oaks Medical Center, LLC and finding that just terms support said Motion,

**IT IS ORDERED** that the motion is **GRANTED**. The Supplemental Complaint shall be filed on the record.

**New Orleans, Louisiana, this 15th day of March, 2019.**

_____
UNITED STATES DISTRICT JUDGE